# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  PHYLLIS A. BOARDMAN          Case Number: 07-70732
2007 LAKESHORE DRIVE, #2       SSN-xxx-xx-4391
BELVIDERE, IL  61008

Case filed on:    3/29/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $100.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 93.60 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 93.60 | 0.00 |
| 001 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 40,036.63 | 40,036.63 | 0.00 | 0.00 |
|  | Total Priority | 40,036.63 | 40,036.63 | 0.00 | 0.00 |
| 025 | PHYLLIS A. BOARDMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PHYLLIS A. BOARDMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 6,365.97 | 6,365.97 | 0.00 | 0.00 |
| 003 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAMELOT RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHICAGO NEWSPAPER DELIVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 2,515.12 | 2,515.12 | 0.00 | 0.00 |
| 008 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CRUSADER CLINIC | 130.00 | 130.00 | 0.00 | 0.00 |
| 010 | FRANKS GERKIN MCKENNA PC | 1,483.00 | 1,483.00 | 0.00 | 0.00 |
| 011 | HICKS GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | JOHATHAN NEIL & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 116.00 | 116.00 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | OSF LIFELINE AMBULANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PENN CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | REGIONAL CARDIOLOGY CONSULTANTS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | THE ANAMAX GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD CARDIOLOGY ASSOCIATES | 58.00 | 58.00 | 0.00 | 0.00 |
| 024 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 10,668.09 | 10,668.09 | 0.00 | 0.00 |
|  | Grand Total: | 52,704.72 | 52,704.72 | 93.60 | 0.00 |

Total Paid Claimant:       $93.60
Trustee Allowance:         $6.40          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00           discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan